ORIGINAL

FILED
DEC 12 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**STENA REDERI AB,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**No. 06-845 C**

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court, the undersigned counsel of record for Plaintiff, Stena Rederi AB, states that Stena Rederi AB is a wholly owned subsidiary of Stena AB, which is a privately held company.

Dated: December 11, 2006

KELLEY DRYE & WARREN LLP

By: Joseph T. Casey, Jr.

Joseph T. Casey, Jr., Esq.
David E. Frulla, Esq.
Suite 400
3050 K Street, NW
Washington, DC 20007
202.342.8400
202.342.8451 (fax)
*Attorneys for Plaintiff, Stena Rederi AB*