**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **STENA REDERI AB,** | |
| **Plaintiff,** | **No. 1:06-cv-00845-MMS** |
| **v.** | |
| **THE UNITED STATES,** | **NOTICE OF CHANGE OF ADDRESS OF COUNSEL** |
| **Defendant.** | |

PLEASE TAKE NOTICE that Joseph T. Casey, Jr. is no longer with the firm of Kelley Drye & Warren LLP, but will continue as counsel of record on behalf of Plaintiff Stena Rederi AB in the above-captioned action. His new contact information is as follows:

Law Offices of Joseph T. Casey, Jr.
4507 North 32nd Road
Arlington, Virginia 22207
703.819.0439 (phone)

Dated: January 18, 2007

By: Joseph T. Casey, Jr.

Joseph T. Casey, Jr.
LAW OFFICES OF JOSEPH T. CASEY, JR.
4507 North 32nd Road
Arlington, Virginia 22207
703.819.0439 (phone)
703.536.1980 (fax)

*Attorneys for Plaintiff, Stena Rederi AB*

OF COUNSEL:

KELLEY DRYE & WARREN LLP
David R. Yohannan, Esq.
David E. Frulla, Esq.
Suite 400
3050 K Street, NW
Washington, DC 20007
202.342.8400 (phone)
202.342.8451 (fax)

MCGRATH, GEISSLER, OLDS & RICHARDSON, PLLC
Richard J. McGrath, Esq.
P.O. Box 1364
Fairfax, Virginia 22038-1364
703.621.7140 (phone)
703.621.7155 (fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she caused a true and correct copy of the foregoing Notice of Change of Address of Counsel to be served upon the following on the 23rd day of January, 2007, via postage prepaid first class U.S. mail:

David M. Cohen
Director
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

Alyson B. Danowski
Alyson B. Danowski