# In the United States Court of Federal Claims

No. 06-845C
(Filed: January 24, 2007)

| | |
|---|---|
| STENA REDERI AB, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

ORDER
DIRECTING COMPLIANCE WITH
GENERAL ORDER NO. 42A

On December 12, 2006, the Clerk designated this case as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order No. 42A, in order to file documents and receive service in CM/ECF, each attorney of record must have a CM/ECF account. A CM/ECF account login and password will be issued only to those members of the court's bar who have passed a certification test.

The court's records indicate that plaintiff's counsel has not yet complied with this requirement. **Accordingly, on or before February 14, 2007, plaintiff's counsel shall take the steps necessary to obtain a CM/ECF account and shall file a brief status report to apprise the court of that fact.** Information about CM/ECF, including the certification process and test, is available at the court's website, www.uscfc.uscourts.gov.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge