IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STENA REDERI AB, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-845C |
| | ) | |
| v. | ) | Judge Margaret M. Sweeney |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 calendar days, to and including April 16, 2007, in which to respond to plaintiff's complaint. Defendant's response is presently due February 15, 2007.[1] This is defendant's first motion for an enlargement for this purpose. Plaintiff's counsel has informed defendant that plaintiff will not oppose this motion.

The requested enlargement of time is necessary to provide counsel for the government sufficient time to familiarize himself with this case and prepare an adequate response. Counsel only recently received information from the agency relating to this case. In addition, counsel assigned to this matter is presently preparing for trial in *Honeywell v United States*, Court of Federal Claims Case No. 02-1909, scheduled for trial during the period February 26, 2007 to March 2, 2007. As a result, counsel for the government has had insufficient time to prepare the government's response by the current due date.

[1]Pursuant to RCFC 6, defendant's response is presently due on February 15, 2007. This due date includes 3 days additional time under RCFC 6(e). The requested enlargement of time of 60 calendar days makes defendant's response due on Monday, April 16, 2007.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/*Trevor M. Jefferson*

TREVOR M. JEFFERSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Phone: (202) 307-0333
Facsimile: (202) 307-0345

Of Counsel:

GARY L. HAUSKEN
Assistant Director

KIRBY W. LEE
Attorney

Dated: February 9, 2007