**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **STENA REDERI AB,** | ) |
| **Plaintiff,** | ) |
| | ) **No. 1:06-cv-00845-MMS** |
| **v.** | ) |
| | ) **STATUS REPORT** |
| **THE UNITED STATES,** | ) |
| **Defendant.** | ) |

In accordance with this Court's Order, dated January 24, 2007, Counsel of Record for plaintiff Stena Rederi AB reports that he has obtained a CM/ECF account for purposes of this litigation.

Respectfully submitted,

s/Joseph T. Casey, Jr
JOSEPH T. CASEY,JR.
LAW OFFICES OF JOSEPH T. CASEY, JR.
4507 North 32nd Road
Arlington, Virginia 22207
703.819.0439 (phone)
703.536.1980 (fax)

Dated: February 14, 2007

OF COUNSEL:

KELLEY DRYE & WARREN LLP
David R. Yohannan, Esq.
Alyson Danowski
Suite 400
3050 K Street, NW
Washington, DC 20007
202.342.8400 (phone)
202.342.8451 (fax)

MCGRATH, GEISSLER, OLDS & RICHARDSON, PLLC
Richard J. McGrath, Esq.
P.O. Box 1364
Fairfax, Virginia 22038-1364
703.621.7140 (phone)
703.621.7155 (fax)

*Attorneys for Plaintiff, Stena Rederi AB*