# In the United States Court of Federal Claims

No. 06-845C
(Filed: February 16, 2007)

************************************
STENA REDERI AB, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On February 9, 2007, defendant filed an unopposed motion for enlargement of time to respond to plaintiff's complaint. Defendant represents that government counsel requires additional time to prepare an adequate response. Further, defendant represents that plaintiff does not oppose this motion. Therefore, the court **GRANTS Defendant's unopposed motion for enlargement of time**. **Defendant shall file a response to Plaintiff's complaint by no later than Monday, April 16, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge