**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **STENA REDERI AB,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 1:06-cv-00845-MMS** |

**PLAINTIFF'S MOTION FOR CONSENTED SUBSTITUTION OF ATTORNEY OF RECORD**

Pursuant to Court of Federal Claims Rule 83.1(c)(4), Plaintiff, Stena Rederi AB, respectfully moves the Court for an order to substitute Mr. David R. Yohannan as the Attorney of Record in the above-captioned action. As current Attorney of Record, Mr. Joseph T. Casey, Jr., consents to this motion and will continue as Of Counsel in this action.

WHEREFORE, Plaintiff respectfully requests the Court to grant its motion to substitute the appearance as Attorney of Record in this action. A Declaration in support of this Motion and a proposed Order are attached to this motion.

Dated: March 19, 2007

By: /s/ Joseph T. Casey, Jr.
Joseph T. Casey, Jr., Esq.
LAW OFFICES OF JOSEPH T. CASEY, JR.
4507 North 32nd Road
Arlington, Virginia 22207
703.819.0439
703.536.1980 (fax)

By: /s/ David R. Yohannan
David R. Yohannan, Esq.
KELLEY DRYE & WARREN LLC
3050 K Street, NW, Suite 400
Washington, DC 20007
202.342.8616
202.342.8451 (fax)

OF COUNSEL:

David E. Frulla, Esq.
KELLEY DRYE & WARREN LLP
David E. Frulla, Esq.
3050 K Street, NW, Suite 400
Washington, DC 20007
202.342.8400
202.342.8451 (fax)

Richard J. McGrath, Esq.
MCGRATH, GEISSLER, OLDS & RICHARDSON, PLLC
P.O. Box 1364
Fairfax, Virginia 22038-1364
703.621.7140 (phone)
703.621.7155 (fax)

*Attorneys for Plaintiff, Stena Rederi AB*