**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **STENA REDERI AB,** | |
| **Plaintiff,** | |
| **v.** | **No. 1:06-cv-00845-MMS** |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**DECLARATION**

**DAVID R. YOHANNAN** declares, pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice in the Commonwealth of Virginia and in this Court and am a partner at the law firm Kelley Drye & Warren LLP. I submit this declaration in support of the substitution of David R. Yohannan for Joseph T. Casey, Jr. as Attorney of Record for Plaintiff Stena Rederi AB in this action.

2. The Plaintiff filed this action on or about December 12, 2006 in the United States Court of Federal Claims.

3. On February 9, 2007, Defendant filed an Unopposed Motion for an Extension of Time Until April 16, 2007 to respond to the Complaint. This motion was granted on February 16, 2007.

4. The reason for the substitution of David R. Yohannan for Joseph T. Casey, Jr. as Attorney of Record is that Mr. Casey is no longer a partner at the law firm Kelley Drye & Warren LLP. Mr. Casey will continue as Of Counsel for Plaintiff in this action.

5. I have successfully passed the online test for the Court's ECF system and am duly Certified to file electronically.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed On: February 28, 2007

Respectfully submitted,

/s/ David R. Yohannan
David R. Yohannan, Esq.
Kelley Drye & Warren LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
202.342.8616
202.342.8451 (fax)