# In the United States Court of Federal Claims

No. 06-845C
(Filed: June 11, 2007)

***********************************
STENA REDERI AB, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On April 16, 2007, defendant filed a response to plaintiff's Complaint. Pursuant to Rule 16 of the Rules of the United States Court of Federal Claims ("RCFC") and Appendix A ¶ 4, the parties were required to file a Joint Preliminary Status Report ("JPSR") no later than June 7, 2007. **The parties shall file their JPSR no later than Monday, June 18, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge