**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **STENA REDERI AB,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 1:06-cv-00845-MMS** |

**<u>JOINT PROPOSED SCHEDULING PLAN</u>**

Pursuant to Court of Federal Claims Rule 16, the parties to this action submit the following Joint Proposed Scheduling Plan.

**1. Trial location and duration.**

The parties request that the place of trial be Washington D.C. It is anticipated that the parties will require no more than 3 to 5 days for trial of the entire case. The case can reasonably be expected to be ready for trial by July 14, 2008.

**2. Deadline for joinder of additional parties.**

The parties agree that the last day for the joinder of additional parties be August 15, 2007.

**3. Dispositive motions.**

The parties anticipate that this case may be resolved in total or in part by dispositive motions. The issue of claim construction is expected to be determined by appropriate *Markman* proceedings. The parties agree that claim construction briefing should be completed by January 31, 2008. (See Proposed Schedule Plan below).

The parties agree that the last day for filing motions for summary judgment concerning infringement by the accused device(s) on the patent at issue and/or the validity of any claim of the patent at issue be thirty (30) days after the completion of expert discovery.

**4. The need to conduct the case in phases.**

The parties do not believe that the case needs to be conducted in separate liability and damages phases.

**5. Fact discovery schedule.**

The parties request that all fact discovery be completed by November 16, 2007. The case is unlikely to involve the discovery of classified material.

The Government requests that the parties be allowed to reopen fact discovery if necessary for a limited time period to address additional issues raised by the claim construction, such motion to be filed within fourteen (14) days following the Court's claim construction ruling on the patent at issue.

**6. Expert discovery schedule.**

The parties agree that disclosure of the identity and report for experts that will testify in support of a party's case in chief must be made no later than twenty-one (21) days after the Court's claim construction ruling regarding the patent at issue and that disclosure of the identity and report for rebuttal experts be no later than forty-two (42) days after the Court's claim construction ruling. The parties request that all expert discovery be completed no later than sixty-three (63) days after the Court's claim construction ruling. The parties will make experts available for deposition during the period prescribed for expert discovery.

**7. Limits on discovery.**

The parties agree that the presumptive limit of ten (10) depositions and twenty-five (25) interrogatories per party apply in this case.

**8. Need for physical or mental examinations.**

The parties do not anticipate the need for any physical or mental examinations in connection with this case.

**9. The parties propose the following preliminary schedule of significant events leading to trial:**

a. Initial Disclosures shall be exchanged by July 13, 2007.

b. Preliminary Status Conference shall be held July 19, 20, 30 or 31, 2007.

c. Last Day to Join Parties is August 15, 2007.

d. Fact Discovery: Fact Discovery Closes on November 16, 2007. Fact discovery may be reopened for a limited time period to address additional issues raised by the claim construction, such motion to be filed within fourteen (14) days following the Court's claim construction ruling on the patent at issue.

e. Claim Construction: The parties shall file a Joint Claim Construction Statement citing disputed claim terms and proposed constructions by December 7, 2007. The parties shall also disclose any experts and expert reports relied upon for purposes of claim construction, if any, by December 7, 2007. Expert discovery regarding claim construction, if any, shall be completed by January 14, 2008. The parties shall complete Claim Construction briefing no later than January 31, 2008.

A *Markman* hearing regarding claim construction shall be held no later than February 29, 2008.

f. Expert Discovery: Disclosure of the identity and report for experts that will testify in support of a party's case in chief shall be made no later than twenty-one (21) days after the Court's claim construction ruling regarding the patent at issue. Disclosure of the identity and report for rebuttal experts shall be no later than forty-two (42) days after the Court's claim construction ruling. All expert discovery shall be completed no later than sixty-three (63) days after the Court's claim construction ruling. The parties will make experts available for deposition during the period prescribed for expert discovery.

g. Dispositive Motions: The parties shall file all dispositive motions within 30 days of the end of Expert Discovery.

h. It is expected that the case will be ready for trial by July 14, 2008.

Respectfully submitted,

Dated: June 11, 2007

By: *s/David R. Yohannan*

David R. Yohannan, Esq.
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
202.342.8616
202.342.8451 (fax)

OF COUNSEL:

Joseph T. Casey, Jr., Esq.
LAW OFFICES OF JOSEPH T. CASEY, JR.
4507 North 32nd Road
Arlington, Virginia 22207
703.819.0439
703.536.1980 (fax)

Richard J. McGrath, Esq.
MCGRATH, GEISSLER, OLDS & RICHARDSON, PLLC
P.O. Box 1364
Fairfax, Virginia 22038-1364
703.621.7140 (phone)
703.621.7155 (fax)

*Attorneys for Plaintiff, Stena Rederi AB*

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

Dated: June 11, 2007

By: *s/Trevor M. Jefferson*

Trevor M. Jefferson
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
(202) 307-0333
(202) 307-0345 (fax)

*Attorneys for the United States*

OF COUNSEL:
KIRBY W. LEE
Attorney