# In the United States Court of Federal Claims

No. 06-845C
(Filed: June 14, 2007)

| | |
|---|---|
| STENA REDERI AB, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

The parties filed the Joint Preliminary Status Report ("JPSR") on June 11, 2007. In their JPSR, the parties suggested the following dates for a preliminary scheduling conference (pursuant to Rule 16(b) and Appendix A ¶ 7 of the Rules of the United States Court of Federal Claims): July 19, 20, 30, or 31, 2007. The court is available July 19, 20, or 30, 2007.

**By no later than Monday, June 25, 2007**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule the telephonic preliminary scheduling conference to discuss further proceedings in this case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge