# In the United States Court of Federal Claims

No. 06-845C
(Filed: July 31, 2007)

************************************
STENA REDERI AB, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

The parties filed their Joint Preliminary Status Report on June 11, 2007. The court held a recorded preliminary scheduling conference on July 30, 2007, to discuss the parties' Joint Proposed Scheduling Plan, which the court adopts as follows:

1. Joinder: The last day for the joinder of additional parties is **September 14, 2007.**

2. Fact Discovery: The parties shall complete fact discovery no later than **November 16, 2007.** Fact discovery may be reopened for a limited time to address additional issues raised by the claim construction, such motion to be filed within fourteen (14) days following the court's claim construction ruling on the patent at issue.

3. Claim Construction: The parties shall file a Joint Claim Construction Statement citing disputed claim terms and proposed constructions by **December 7, 2007.** The parties shall also disclose any experts and expert reports relied upon for purposes of claim construction, if any, by **December 7, 2007.** Expert discovery regarding claim construction, if any, shall be completed by **January 14, 2008.** The parties shall complete Claim Construction briefing no later than **January 31, 2008. A *Markman* hearing regarding claim construction shall be held no later than February 29, 2008.**

4. Expert Discovery:
   a. Disclosure of the identity and report for experts that will testify in support of a party's case in chief must be made no later than twenty-one (21) days after the court's claim construction ruling regarding the patent at issue;

b. Disclosure of the identity and report for rebuttal experts be no later than forty-two (42) days after the court's claim construction ruling; and
c. All expert discovery must be completed no later than sixty-three (63) days after the court's claim construction ruling.
d. The parties will make experts available for deposition during the period prescribed for expert discovery.

5. Dispositive motions: The last day for filing motions for summary judgment concerning infringement by the accused device(s) on the patent issue and/or the validity of any claim of the patent at issue is 30 days after the completion of expert discovery.

6. The parties shall be ready for trial by **July 14, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge