# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STENA REDERI AB, | ) | No. 06-845 C |
| Plaintiff, | ) | Judge Margaret M. Sweeney |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff, Stena Rederi AB (Stena), and Defendant, the United States (the government), hereby jointly move for entry of the attached Stipulation and Protective Order, executed by counsel for the parties.

This is an action brought under 28 U.S.C. §1498(a) by Plaintiff Stena, seeking reasonable and entire compensation for the alleged unauthorized use or manufacture by or for the United States of Plaintiffs patented invention. Plaintiffs patented invention is described and claimed in U.S. Patent No. 5,269,245 (the '245 patent), entitled Hull Structure for Multi-Hull Ships and issued December 14, 1993. The attached Stipulation and Protective Order is necessary in order to permit the parties to conduct discovery in an orderly fashion, especially in light of the fact that documents containing proprietary information will be produced.

For the above-stated reasons, the parties jointly request that this Motion be granted and that the attached Stipulation and Protective Order be entered.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

Dated: August 27, 2007

/s/ Kirby W. Lee

KIRBY W. LEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
(202) 307-0335
(202) 307-0345 (fax)

*Attorneys for the United States*

OF COUNSEL:

GARY L. HAUSKEN
Assistant Director

Respectfully submitted,

Dated: August 23, 2007

David R. Yohannan, Esq.
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
202.342.8616
202.342.8451 (fax)

OF COUNSEL:

Joseph T. Casey, Jr., Esq.
LAW OFFICES OF JOSEPH T. CASEY, JR.
4507 North 32nd Road
Arlington, Virginia 22207
703.819.0439
703.536.1980 (fax)

Richard J. McGrath, Esq.
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
703.716.1191
703.716.1180 (fax)

*Attorneys for Plaintiff, Stena Rederi AB*