IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STENA REDERI AB, | ) | |
| Plaintiff, | ) | No. 06-845 C |
| v. | ) | Judge Margaret M. Sweeney |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Stena Rederi AB ("Stena"), and Defendant, the United States ("the government"), respectfully request an enlargement of time of sixty (60) calendar days to discovery and claim construction deadlines in the court's initial Scheduling Order and jointly move for entry of a revised Scheduling Order.

Previously, the parties requested the entry of a scheduling order setting forth, inter alia, the following deadlines:

2. Fact Discovery: The parties shall complete fact discovery no later than **November 16, 2007**. Fact discovery may be reopened for a limited time to address additional issues raised by the claim construction, such motion to be filed within fourteen (14) days following the court's claim construction ruling on the patent at issue.

3. Claim Construction: The parties shall file a Joint Claim Construction Statement citing disputed claim terms and proposed constructions by **December 7, 2007**. The parties shall also disclose any experts and expert reports relied upon for claim construction, if any, by **December 7, 2007**. Expert discovery regarding claim construction, if any, shall be completed by **January 14, 2008**. The parties shall complete Claim Construction briefing no later than **January 31, 2008**. **A *Markman* hearing regarding claim construction shall be held no later than February 29, 2008.**

A revised Scheduling Order is necessary in order to permit the parties to conduct discovery in an orderly fashion, considering the volume and complexity of the documents being produced. Plaintiff served the government with a First Request for the Production of Documents and Things on August 29, 2007. Subsequently, it served a Second Request for the Production of Documents and Things and a First Set of Interrogatories on September 13, 2007. As a result, the government is presently engaged in gathering, collating, and imaging the requested documents, which are located in offices nationwide and number several thousand pages in total. In order to produce the documents requested by Plaintiff, it is necessary to extend the initial discovery schedule by sixty (60) calendar days.

Accordingly, the parties hereby jointly request the following revisions to the court's Scheduling Order:

2. (REVISED) Fact Discovery: The parties shall complete fact discovery no later than **January 15, 2008**. Fact discovery may be reopened for a limited time to address additional issues raised by the claim construction, such motion to be filed within fourteen (14) days following the court's claim construction ruling on the patent at issue.

3. (REVISED) Claim Construction: The parties shall file a Joint Claim Construction Statement citing disputed claim terms and proposed constructions by **February 5, 2008**. The parties shall also disclose any experts and expert reports relied upon for claim construction, if any, by **February 5, 2008**. Expert discovery regarding claim construction, if any, shall be completed by **March 14, 2008**. The parties shall complete Claim Construction briefing no later than **March 28, 2008**. **A *Markman* hearing regarding claim construction shall be held no later than April 29, 2008.**

Generally, the proposed revisions extend the above-referenced deadlines by sixty (60) calendar days. Other dates cited in the original scheduling order (e.g., Expert Discovery, Dispositive Motions) remain contingent on the issuance of the court's claim construction ruling, and the parties

do not believe that they require modification at this time. The parties anticipate that they will be ready for trial by **July 14, 2008**, as set forth in the original Scheduling Order.

For the above-stated reasons, the parties jointly request that this Motion be granted and that a revised Scheduling Order be entered.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

Dated: November 5, 2007

KIRBY W. LEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
(202) 307-0335
(202) 307-0345 (fax)

*Attorneys for the United States*

OF COUNSEL:

GARY L. HAUSKEN
Assistant Director

Respectfully submitted,

Dated: November 5, 2007

David R. Yohannan, Esq.
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
202.342.8616
202.342.8451 (fax)

OF COUNSEL:

Joseph T. Casey, Jr., Esq.
LAW OFFICES OF JOSEPH T. CASEY, JR.
4507 North 32nd Road
Arlington, Virginia 22207
703.819.0439
703.536.1980 (fax)

Richard J. McGrath, Esq.
MCGRATH, GEISSLER, OLDS & RICHARDSON, PLLC
P.O. Box 1364
Fairfax, Virginia 22038-1364
703.621.7140 (phone)
703.621.7155 (fax)

*Attorneys for Plaintiff, Stena Rederi AB*