# In the United States Court of Federal Claims

No. 06-845C
(Filed: November 7, 2007)

***********************************
STENA REDERI AB, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On November 5, 2007, the parties filed a Joint Motion for Enlargement of Time ("motion"). In their motion, both parties jointly (1) request an enlargement of time of sixty (60) calendar days to discovery and claim construction deadlines in the court's initial Scheduling Order; and (2) move for entry of a revised Scheduling Order.

The parties represent that a revised Scheduling Order is necessary in order to conduct discovery in an orderly fashion. Specifically, the parties indicate that, due to the volume and widespread locations of documents and materials requested, it is necessary to extend the initial discovery deadline by sixty (60) calendar days. The parties only request revised fact discovery and claim construction deadlines and represent that, while the deadlines for expert discovery and dispositive motions are dependent upon the court's issuance of its claim construction ruling, they do not believe these deadlines require modification at this time. Additionally, the parties represent that they anticipate they will be prepared for trial by July 14, 2008, as set forth in the initial Scheduling Order.

**Accordingly, the court GRANTS the parties' motion and adopts the parties' proposed revisions to its initial Scheduling Order as follows:**

1. Joinder: The last day for the joinder of additional parties is **September 14, 2007.**

2. Fact Discovery: The parties shall complete fact discovery no later than **January 15, 2008.** Fact discovery may be reopened for a limited time to address additional issues raised by the claim construction, such motion to be filed within fourteen (14) days following the court's claim construction ruling on the patent at issue.

3. Claim Construction: The parties shall file a Joint Claim Construction Statement citing disputed claim terms and proposed constructions by **February 5, 2008**. The parties shall also disclose any experts and expert reports relied upon for purposes of claim construction, if any, by **February 5, 2008**. Expert discovery regarding claim construction, if any, shall be completed by **March 14, 2008.** The parties shall complete Claim Construction briefing no later than **March 28, 2008. A *Markman* hearing regarding claim construction shall be held no later than April 29, 2008.**

4. Expert Discovery:
   a. Disclosure of the identity and report for experts that will testify in support of a party's case in chief must be made no later than twenty-one (21) days after the court's claim construction ruling regarding the patent at issue;
   b. Disclosure of the identity and report for rebuttal experts be no later than forty-two (42) days after the court's claim construction ruling; and
   c. All expert discovery must be completed no later than sixty-three (63) days after the court's claim construction ruling.
   d. The parties will make experts available for deposition during the period prescribed for expert discovery.

5. Dispositive motions: The last day for filing motions for summary judgment concerning infringement by the accused device(s) on the patent issue and/or the validity of any claim of the patent at issue is 30 days after the completion of expert discovery.

6. The parties shall be ready for trial by **July 14, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge