**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STENA REDERI AB, | * | |
| Plaintiff, | * | |
| v. | * | No. 06-845C<br>(Judge Sweeney) |
| THE UNITED STATES, | * | |
| Defendant. | * | |

**L-3 COMMUNICATIONS TITAN CORPORATION'S**
**UNOPPOSED MOTION FOR INTERVENTION**

Pursuant to Rule 24(a) of the Rules of the Court of Federal Claims, L-3 Communications Titan Corporation ("L-3") respectfully moves the Court for an order permitting its intervention in this action, for the limited purpose of protecting L-3 proprietary information that is subject to discovery by the parties. L-3 has been authorized to state that Plaintiff Stena Rederi AB ("Stena") and Defendant the United States do not oppose this motion. L-3 files herewith a proposed Order.[1]

As discussed in the accompanying Memorandum, Defendant the United States has informed L-3 that documents containing L-3 proprietary information are subject to production by the United States to Plaintiff Stena in discovery in this matter. L-3 meets all of the requirements for intervention pursuant to RCFC 24(a)(2). First, L-3 has an interest in protecting its proprietary information from disclosure to Stena, a company L-3 regards as a competitor. Second, if discovery in this action is allowed to proceeed

[1] If L-3's motion to intervene is granted, L-3 will file a Disclosure Statement pursuant to RCFC 7.1.

without L-3's intervention, L-3's ability to protect its interest may be impaired, as the Protective Order permits the disclosure of L-3 proprietary information to Stena. Third, the existing parties cannot adequately represent L-3's interest.

Dated: December 20, 2007 Respectfully submitted,

/s/ David A. Churchill

DAVID A. CHURCHILL
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005-3823
Tel: (202) 639-6056
Fax: (202) 637-6370
dchurchill@jenner.com

*Counsel for L-3 Communications Titan Corporation*

Of Counsel:

Monte DeBel, Esq.
L-3 Communications Titan Corporation
Advanced Systems Division
9925 Carroll Canyon Road
San Diego, CA 92131-1105
(858) 444-9256

William R. Stoughton, Esq.
Jenner & Block LLP
1717 Main Street
Suite 3150
Dallas, TX 75201-4647
(214) 746-5748

Thomas H. Kim, Esq.
Jenner & Block LLP
601 13th Street, NW
Suite 1200 South
Washington, DC 20005
(202) 639-6067