**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ******************************** | | |
| STENA REDERI AB, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | No. 06-845C |
| | * | (Judge Sweeney) |
| THE UNITED STATES, | * | |
| | * | |
| Defendant. | * | |
| ******************************** | | |

**[PROPOSED] ORDER**

On December 20, 2007, non-party L-3 Communications Titan Corporation ("L-3") filed an unopposed motion for intervention pursuant to RCFC 24(a)(2), requesting permission to intervene for the limited purpose of protecting L-3 proprietary information that is subject to discovery by the parties. L-3 represents that Plaintiff Stena Rederi AB and Defendant the United States do not oppose this motion.

Upon consideration of L-3's motion, the Court GRANTS L-3's unopposed motion for intervention. L-3 is hereby permitted to intervene for the limited purpose of protecting L-3 proprietary information that is subject to discovery by the parties.

**IT IS SO ORDERED.**

______________________________
MARGARET M. SWEENEY
Judge