# In the United States Court of Federal Claims

No. 06-845 C
(Filed: December 21, 2007)

************************************
STENA REDERI AB, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On December 20, 2007, L-3 Communications Titan Corporation ("L-3") filed an unopposed motion to intervene ("motion") pursuant to Rule 24(a) of the Rules of the United States Court of Federal Claims ("RCFC") and a memorandum in support of its motion ("memorandum"). The Clerk of the Court noted one deficiency with respect to L-3's filings: its memorandum should have been appended to its motion pursuant to RCFC 7(b).

In its motion, L-3 seeks intervention for the limited purpose of protecting L-3 proprietary information that is subject to discovery by the parties. L-3 represents that plaintiff and defendant do not oppose its motion. In its memorandum, L-3 states that defendant informed it that documents marked with L-3 proprietary legends are subject to production by defendant to plaintiff during discovery. Defendant has agreed to refrain from disclosing proprietary information subject to the Protective Order issued in this case until L-3 had the opportunity to file its motion and to seek changes to the Protective Order. L-3 considers plaintiff a competitor and believes that disclosure of L-3 proprietary information to plaintiff could cause serious competitive harm to L-3.

L-3 represents that it has negotiated with both parties and has agreed to proposed changes to the Protective Order. Those changes, L-3 believes, would adequately protect its proprietary information by enabling outside counsel and retained experts to access proprietary information while ensuring plaintiff's employees would not have access. L-3 represents that it is prepared to file an unopposed motion for modification of the Protective Order once the court permits its intervention.

**Accordingly, the Clerk is directed to file L-3's memorandum by leave of the court and, upon consideration of L-3's motion and memorandum, the court grants L-3's**

**unopposed motion for intervention. L-3 may intervene for the limited purpose of protecting its proprietary information that is subject to discovery by the parties.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge