**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STENA REDERI AB, | ) | |
| Plaintiff, | ) | No. 06-845 C |
| v. | ) | Judge Margaret M. Sweeney |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States ("the government"), respectfully requests an enlargement of time of eleven (11) calendar days, to and including January 11, 2008, in which to respond to Plaintiff Stena Rederi AB's Motion to Compel The Production of Documents and Things, Docket No. 24. The government's response is currently due on December 31, 2007.

Plaintiff filed its Motion to Compel on December 13, 2007. The government has experienced difficulty in coordinating its response to the motion because a number of key government employees have been on leave during this holiday season. The requested enlargement of time is necessary for the government to provide an complete and adequate response to Plaintiff's motion.

On December 21, 2007, the undersigned counsel discussed this motion with Stena's counsel, Mr. David Yohannan, who indicated that Plaintiff will reserve its right to oppose this motion pending review of the text.

For the foregoing reasons, the government respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

KIRBY W. LEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0335
Facsimile: (202) 307-0345

Attorneys for the United States

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director

December 21, 2007