# In the United States Court of Federal Claims

No. 06-845 C
(Filed: December 21, 2007)

| | |
|---|---|
| STENA REDERI AB, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| L-3 COMMUNICATIONS TITAN CORPORATION, | * |
| Defendant-Intervenor. | * |

## ORDER

On December 21, 2007, defendant filed a motion for enlargement of time ("motion"). In its motion, defendant requests an enlargement of eleven (11) days, to and including January 11, 2008, in which to respond to plaintiff's motion to compel. Defendant's response is currently due on December 31, 2007.

Defendant represents that counsel had experienced difficulty coordinating its response to plaintiff's motion because several key government employees have been on leave during the holiday season and states that an enlargement of time is necessary in order for it to provide a complete and adequate response. Defendant also represents that plaintiff has reserved its right to oppose the motion pending review of its content.

The court determines that defendant's request for an extension of time is not unreasonable. **Accordingly, defendant's motion is granted. Defendant shall file its response no later than January 11, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge