**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ******************************** | | |
| STENA REDERI AB, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | No. 06-845C |
| | * | (Judge Sweeney) |
| THE UNITED STATES, | * | |
| | * | |
| Defendant. | * | |
| ******************************** | | |

**RULE 7.1 DISCLOSURE STATEMENT OF**
**L-3 COMMUNICATIONS TITAN CORPORATION**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, intervenor L-3 Communications Titan Corporation states that it is a wholly-owned subsidiary of L-3 Communications Corporation, a publicly held corporation.

Dated: December 26, 2007

Respectfully submitted,

/s/ David A. Churchill

DAVID A. CHURCHILL
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005-3823
Tel: (202) 639-6056
Fax: (202) 637-6370
dchurchill@jenner.com

*Counsel for L-3 Communications Titan Corporation*

Of Counsel:

Monte DeBel, Esq.
L-3 Communications Titan Corporation
Advanced Systems Division
9925 Carroll Canyon Road
San Diego, CA 92131-1105
(858) 444-9256

William R. Stoughton, Esq.
Jenner & Block LLP
1717 Main Street, Suite 3150
Dallas, TX 75201-4647
(214) 746-5748

Thomas H. Kim, Esq.
Jenner & Block LLP
601 13th Street, NW, Suite 1200 South
Washington, DC 20005
(202) 639-6067