**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STENA REDERI AB, | ) | |
| | ) | No. 06-845 C |
| Plaintiff, | ) | |
| | ) | Judge Margaret M. Sweeney |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States ("the government"), respectfully requests an enlargement of time of sixty-two (62) calendar days of the discovery and claim construction deadlines in the court's Scheduling Order and moves for entry of a revised Scheduling Order.

On January 8, 2008, the undersigned counsel discussed this motion with Stena's counsel, Mr. David Yohannan, who indicated that Plaintiff will reserve its right to oppose this motion pending review of the text.

On November 5, 2007, the parties jointly requested the entry of a revised scheduling order setting forth, inter alia, the following deadlines:

2. Fact Discovery: The parties shall complete fact discovery no later than **January 15, 2008**. Fact discovery may be reopened for a limited time to address additional issues raised by the claim construction, such motion to be filed within fourteen (14) days following the court's claim construction ruling on the patent at issue.

3. Claim Construction: The parties shall file a Joint Claim Construction Statement citing disputed claim terms and proposed constructions by **February 5, 2008**. The parties shall also disclose any experts and expert reports relied upon for claim construction, if any, by **February 5, 2008**.

> Expert discovery regarding claim construction, if any, shall be completed by **March 14, 2008**. The parties shall complete Claim Construction briefing no later than **March 28, 2008. A *Markman* hearing regarding claim construction shall be held no later than April 29, 2008.**

Joint Motion for Enlargement of Time, Docket No. 22 at 2.

A revised Scheduling Order is necessary in order to permit the parties to conclude discovery thoroughly, considering the volume of the documents being produced by both parties. For example, Plaintiff has produced thousands of pages of documents responsive to the government's document requests as recently as December 28, 2007.

Additionally, the Department of the Navy has worked diligently to identify a large number of electronic documents that are potentially responsive to Plaintiff's first, second, and third Requests for Production of Documents and Things. These electronic documents total approximately seventeen gigabytes (17 GB) and over twenty-four thousand (24,000) files. An enlargement of the discovery period is needed for the government to produce the responsive documents in an efficient and cost-effective manner, and it would allow Plaintiff the necessary time to review the documents and plan its noticed depositions appropriately.

On December 20, 2007, Plaintiff served the government with notices of deposition for two individuals pursuant to RCFC 30(b)(1) and a notice of deposition pursuant to RCFC 30(b)(6). The breadth of the topics identified by Plaintiff as Matters for Examination likely requires the preparation of several 30(b)(6) government witnesses. As a result, the number of deposition witnesses requested by Plaintiff at this late stage of the discovery period necessitates an enlargement of time to prepare adequately. The parties have been working amicably to arrange mutually convenient times for the depositions to occur in the coming weeks.

Accordingly, the government hereby requests the following revisions to the court's Scheduling Order. The proposed revisions extend the above-referenced deadlines by sixty-two (62) calendar days:

2. (REVISED) Fact Discovery: The parties shall complete fact discovery no later than **March 17, 2008**. Fact discovery may be reopened for a limited time to address additional issues raised by the claim construction, such motion to be filed within fourteen (14) days following the court's claim construction ruling on the patent at issue.

3. (REVISED) Claim Construction: The parties shall file a Joint Claim Construction Statement citing disputed claim terms and proposed constructions by **April 7, 2008**. The parties shall also disclose any experts and expert reports relied upon for claim construction, if any, by **April 7, 2008**. Expert discovery regarding claim construction, if any, shall be completed by **May 15, 2008**. The parties shall complete Claim Construction briefing no later than **May 29, 2008**. **A *Markman* hearing regarding claim construction shall be held no later than June 30, 2008.**

Other events cited in the original scheduling order (e.g., Expert Discovery, Dispositive Motions) are contingent on the issuance of the court's claim construction ruling and do not require modification at this time. However, the originally scheduled trial date, July 14, 2008, as set forth in the original Scheduling Order, will require modification. Subject to the court's availability, **Monday, September 15, 2008** would be the revised trial date, based on a similar 63-day enlargement.

For the above-stated reasons, the government respectfully requests that this Motion be granted and that a revised Scheduling Order be entered.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

Dated: January 9, 2008

KIRBY W. LEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
(202) 307-0335
(202) 307-0345 (fax)

*Attorneys for the United States*

OF COUNSEL:

GARY L. HAUSKEN
Assistant Director