# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STENA REDERI AB, | ) | |
| Plaintiff, | ) | No. 06-845 C |
| v. | ) | Judge Margaret M. Sweeney |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENLARGEMENT OF TIME

The parties, Plaintiff Stena Rederi AB ("Stena") and Defendant the United States ("the government"), respectfully request an enlargement of time of sixty (60) calendar days of the discovery and claim construction deadlines in the Court's Scheduling Order and jointly move for entry of a revised Scheduling Order.

On January 9, 2008, the government requested and the Court granted the entry of a revised scheduling order. Revised Scheduling Order, Docket No. 35. In that order, the close of the fact discovery period was set for March 17, 2008. Id. at 2.

Since that time, the parties have met in the interest of settling the case. On March 12, 2008, the parties reached a tentative settlement agreement. The additional time is required to finalize the agreement and will permit the parties to obtain the necessary approvals from their respective clients.

Accordingly, the parties hereby jointly request the following revisions to the Court's Scheduling Order:

2. (REVISED) Fact Discovery: The parties shall complete fact discovery no later than **May 14, 2008**. Fact discovery may be reopened for a limited time to address additional issues raised by the claim construction, such motion to be filed within fourteen (14) days following the court's claim construction ruling on the patent at issue.

3. (REVISED) Claim Construction: The parties shall file a Joint Claim Construction Statement citing disputed claim terms and proposed constructions by **June 6, 2008**. The parties shall also disclose any experts and expert reports relied upon for claim construction, if any, by **June 6, 2008**. Expert discovery regarding claim construction, if any, shall be completed by **July 14, 2008**. The parties shall complete Claim Construction briefing no later than **July 28, 2008**. **A *Markman* hearing regarding claim construction shall be held no later than August 29, 2008.**

. . . .

6. (REVISED) The parties shall be ready for trial by **November 14, 2008.**

Generally, the proposed revisions extend the above-referenced deadlines by sixty (60) calendar days. Other dates cited in the original scheduling order (e.g., Expert Discovery, Dispositive Motions) remain contingent on the issuance of the Court's claim construction ruling, and the parties do not believe that they require modification at this time.

For the above-stated reasons, the parties respectfully request that this Motion be granted and that a revised Scheduling Order be entered.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

Dated: March 13, 2008

KIRBY W. LEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
(202) 307-0335
(202) 307-0345 (fax)

*Attorneys for the United States*

OF COUNSEL:

GARY L. HAUSKEN
Assistant Director

Dated: March 13, 2008

Respectfully submitted,

David R. Yohannan, Esq.
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
202.342.8616
202.342.8451 (fax)

OF COUNSEL:

Joseph T. Casey, Jr., Esq.
LAW OFFICES OF JOSEPH T. CASEY, JR.
4507 North 32nd Road
Arlington, Virginia 22207
703.819.0439
703.536.1980 (fax)

Richard J. McGrath, Esq.
MCGRATH, GEISSLER, OLDS & RICHARDSON, PLLC
P.O. Box 1364
Fairfax, Virginia 22038-1364
703.621.7140 (phone)
703.621.7155 (fax)

*Attorneys for Plaintiff, Stena Rederi AB*