# In the United States Court of Federal Claims

No. 06-845 C
(Filed: March 14, 2008)

| | |
|---|---|
| STENA REDERI AB, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| L-3 COMMUNICATIONS TITAN CORPORATION, | |
| Defendant-Intervenor. | |

## ORDER

On March 13, 2008, the parties filed a Joint Motion for Enlargement of Time. In their motion, the parties request an enlargement of time of sixty (60) calendar days to discovery and claim construction deadlines and move for entry of a revised scheduling order. The current deadline for the close of fact discovery is March 17, 2008.

In their motion, the parties indicate that they have reached a tentative settlement agreement. The additional time, the parties represent, is required to finalize this agreement. The parties state that other dates cited in the original scheduling order remain contingent upon the issuance of the court's claim construction rule and do not require modification at this time. The court appreciates the parties' efforts to reach a settlement in this matter. **Accordingly, the parties' motion is GRANTED, and the court adopts the parties' proposed revisions to the January 14, 2008 Scheduling Order as follows:**

[1. Joinder: The last day for the joinder of additional parties was **September 14, 2007**, hence the deadline has expired.]

2. Fact Discovery: The parties shall complete fact discovery no later than **May 14, 2008.** Fact discovery may be reopened for a limited time to address additional issues raised by the claim construction, such motion to be filed within fourteen (14) days following the court's claim construction ruling on the patent at issue.

3. Claim Construction: The parties shall file a Joint Claim Construction Statement citing disputed claim terms and proposed constructions by **June 6, 2008**. The parties shall also disclose any experts and expert reports relied upon for purposes of claim construction, if any, by **June 6, 2008**. Expert discovery regarding claim construction, if any, shall be completed by **July 14, 2008.** The parties shall complete Claim Construction briefing no later than **July 28, 2008. A *Markman* hearing regarding claim construction shall be held no later than August 29, 2008.**

4. Expert Discovery:
   a. Disclosure of the identity and report for experts that will testify in support of a party's case in chief must be made no later than twenty-one (21) days after the court's claim construction ruling regarding the patent at issue;
   b. Disclosure of the identity and report for rebuttal experts be no later than forty-two (42) days after the court's claim construction ruling; and
   c. All expert discovery must be completed no later than sixty-three (63) days after the court's claim construction ruling.
   d. The parties will make experts available for deposition during the period prescribed for expert discovery.

5. Dispositive motions: The last day for filing motions for summary judgment concerning infringement by the accused device(s) on the patent issue and/or the validity of any claim of the patent at issue is 30 days after the completion of expert discovery.

6. The parties shall be ready for trial by **November 14, 2008.**

Additionally, the court notes that plaintiff's motion to compel the production of documents and things remains pending. The parties shall file a joint status report no later than **Friday, March 28, 2008**, advising the court of the status of that motion in light of the parties' tentative settlement agreement.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge