**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **STENA REDERI AB,** | |
| **Plaintiff,** | |
| v. | **No. 1:06-cv-00845-MMS** |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**JOINT STATUS REPORT REGARDING PLAINTIFF STENA REDERI AB'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND THINGS FROM DEFENDANT THE UNITED STATES**

TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:

On December 13, 2007, Plaintiff Stena Rederi AB ("Stena") filed a motion to compel the production of responsive documents from Defendant the United States' contractors and subcontractors who are responsible for the design and construction of the accused vessel in this infringement litigation. At issue are Defendant's objections to Stena's First, Second, and Third Requests for the Production of Documents and Things. Stena's motion is currently pending.

Subsequent to the filing of that motion, the parties met in the interest of settling the case. On March 12, 2008, the parties reached a tentative settlement agreement. The parties are engaged in negotiating mutually acceptable written settlement terms. In light of the continued possibility that the case may soon be settled, the parties jointly request that the Court hold in abeyance any ruling on Stena's motion for thirty (30) days or until such time that the Court requests a further status report.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

Dated: March 28, 2008

KIRBY W. LEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
(202) 307-0335
(202) 307-0345 (fax)

*Attorneys for the United States*

OF COUNSEL:

GARY L. HAUSKEN
Assistant Director

Respectfully submitted,

Dated: March 28, 2008

David R. Yohannan, Esq.
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
202.342.8616
202.342.8451 (fax)

OF COUNSEL:

Joseph T. Casey, Jr., Esq.
LAW OFFICES OF JOSEPH T. CASEY, JR.
4507 North 32nd Road
Arlington, Virginia 22207
703.819.0439
703.536.1980 (fax)

Richard J. McGrath, Esq.
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
703.716.1191
703.716.1180 (fax)

*Attorneys for Plaintiff, Stena Rederi AB*