# In the United States Court of Federal Claims

No. 06-845 C
(Filed: March 31, 2008)

| | |
|---|---|
| STENA REDERI AB, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| L-3 COMMUNICATIONS TITAN CORPORATION, | * |
| Defendant-Intervenor. | * |

**ORDER**

On March 28, 2008, the parties filed a Joint Status Report Regarding Plaintiff Stena Rederi AB's Motion to Compel the Production of Documents and Things From Defendant the United States ("status report"). In their status report, the parties indicate that they have reached a tentative settlement agreement. As a result of this tentative agreement, the parties request that the court hold in abeyance any ruling on plaintiff's motion to compel, which was filed on December 13, 2007, for thirty (30) days or until such time that the court requests a further status report. The court grants the parties' request, holds in abeyance any ruling upon plaintiff's motion to compel pending the outcome of the parties' settlement negotiations, and thereby enters a stay in this case to permit the parties to pursue settlement. **Accordingly, the parties shall apprise the court of their progress in attempting to reach a settlement in this case by filing a status report by no later than Friday, May 2, 2008, and every sixty (60) days thereafter.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge