**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STENA REDERI AB, | ) | |
| | ) | No. 06-845 C |
| Plaintiff, | ) | |
| | ) | Judge Margaret M. Sweeney |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT REGARDING STENA REDERI AB'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND THINGS FROM DEFENDANT THE UNITED STATES**

Pursuant to the Court's order, Paper No. 40, issued March 31, 2008, Plaintiff, Stena Rederi AB, and Defendant, the United States ("the government"), hereby submit this joint status report regarding Plaintiff's pending motion to compel.

On December 13, 2007, Plaintiff filed a motion to compel the production of responsive documents from the government's contractors and subcontractors who were responsible for the design and construction of the accused vessel in this infringement litigation. Paper No. 24. At issue are Defendant's objections to Stena's First, Second, and Third Requests for the Production of Documents and things.

Recently, the parties have reached a settlement including approval by the appropriate officials for the government. Accordingly, the parties are filing a Stipulation for Entry of Judgment contemporaneously with this joint status report. In view of this development, the parties respectfully submit that the pending motion will be rendered moot.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

KIRBY W. LEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0335
Facsimile: (202) 307-0345

*Attorneys for the United States*

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director

May 2, 2008

Respectfully submitted,

Dated: May 2, 2008

David R. Yohannan, Esq.
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
202.342.8616
202.342.8451 (fax)

OF COUNSEL:

Joseph T. Casey, Jr., Esq.
LAW OFFICES OF JOSEPH T. CASEY, JR.
4507 North 32nd Road
Arlington, Virginia 22207
703.819.0439
703.536.1980 (fax)

Richard J. McGrath, Esq.
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
703-716-1191 (phone)
703-716-1180 (fax)

*Attorneys for Plaintiff, Stena Rederi AB*