# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STENA REDERI AB, | ) | No. 06-845 C |
| Plaintiff, | ) | Judge Margaret M. Sweeney |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## STIPULATION FOR THE ENTRY OF JUDGMENT

For the purpose of settling and compromising these consolidated actions, Plaintiff, Stena Rederi AB, and Defendant, the United States ("the government"), stipulate to the following:

1. Plaintiff is the exclusive owner of all right, title, and interest in U.S. Patent No. 5,269,245 and has the right to grant licenses in said patent.

2. Plaintiff brought this action pursuant to 28 U.S.C. § 1498(a) seeking reasonable and entire compensation for the alleged infringement by or for the government of said patent.

3. Plaintiff has submitted a written offer to the government to settle this action by fully releasing the United States from all claims that were brought or could have been brought in this case.

4. The government, by its authorized representative of the Attorney General, has duly agreed to accept this offer.

5. In consideration for this Stipulation for Entry of Judgment and the release set forth in ¶ 3 above, the parties have agreed that judgment in this action be entered in favor of Plaintiff and against the government for the total lump sum of Three Million Two Hundred Thousand Dollars ($3,200,000.00).

6. In accordance with the terms of the offer and the acceptance and to secure the performance thereof, the government, by its authorized representative of the Attorney General, and Plaintiff hereby enter into this Stipulation to be filed in the above-identified action for the purpose of causing a final judgment to be entered against the government in accordance with the terms set forth above.

7. The parties agree to bear their own costs and attorney fees.

8. In the event that the Court declines to enter judgment in accordance with this Stipulation, in whole or in part, the Stipulation shall be void, and without prejudice to any party.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director
(Authorized representative of the Attorney General)

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director

KIRBY W. LEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0335
Facsimile: (202) 307-0345

May 2, 2008

*Attorneys for the United States*

Respectfully submitted,

Dated: May 2, 2008

David R. Yohannan, Esq.
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
202.342.8616
202.342.8451 (fax)

OF COUNSEL:

Joseph T. Casey, Jr., Esq.
LAW OFFICES OF JOSEPH T. CASEY, JR.
4507 North 32nd Road
Arlington, Virginia 22207
703.819.0439
703.536.1980 (fax)

Richard J. McGrath, Esq.
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
703-716-1191 (phone)
703-716-1180 (fax)

*Attorneys for Plaintiff, Stena Rederi AB*