# In the United States Court of Federal Claims

No. 06-845 C
(Filed: May 7, 2008)

| | |
|---|---|
| STENA REDERI AB, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| L-3 COMMUNICATIONS TITAN CORPORATION, | * |
| Defendant-Intervenor. | * |

## ORDER

On May 2, 2008, the parties filed a Joint Status Report Regarding Stena Rederi AB's Motion to Compel the Production of Documents and Things From Defendant the United States ("status report"). In their status report, the parties represent that they have reached a settlement, which was approved by the appropriate government officials, and have filed a Stipulation for the Entry of Judgment contemporaneously with their status report. As a result, the parties request that plaintiff's pending motion to compel, which was filed on December 13, 2007, be rendered moot.

**Accordingly, and based upon the parties' stipulation for the entry of judgment filed on May 2, 2008, plaintiff's motion to compel, document # 24, is DENIED AS MOOT.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge