# In the United States Court of Federal Claims

No. 06-845 C
(Filed: May 7, 2008)

| | |
|---|---|
| STENA REDERI AB, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| L-3 COMMUNICATIONS TITAN CORPORATION, | * |
| Defendant-Intervenor. | * |

## ORDER

On May 2, 2008, the parties filed a Stipulation for the Entry of Judgment ("stipulation"). In their stipulation, the parties indicate the following:

1. Plaintiff is the exclusive owner of all right, title, and interest in U.S. Patent No. 5,269,245 and has the right to grant licenses in said patent.

2. Plaintiff brought this action pursuant to 28 U.S.C. § 1498(a) (2000) seeking reasonable and entire compensation for the alleged infringement by or for the government of said patent.

3. Plaintiff has submitted a written offer to the government to settle this action by fully releasing the United States from all claims that were brought or could have been brought in this case.

4. The government, by its authorized representative of the Attorney General, has duly agreed to accept this offer.

5. In consideration for this Stipulation of Entry of Judgment and the release set forth in ¶ 3 above, the parties have agreed that judgment in this action be entered in favor of Plaintiff and against the government for the total lump sum of Three Million Two Hundred Thousand Dollars ($3,200,000.00).

6. In accordance with the terms of the offer and the acceptance and to secure the performance thereof, the government, by its authorized representative of the Attorney General, and Plaintiff hereby enter into this Stipulation to be filed in the above-identified action for the purpose of causing a final judgment to be entered against the government in accordance with the terms set forth above.

7. The parties agree to bear their own costs and attorney fees.

8. In the event that the Court declines to enter judgment in accordance with this Stipulation, in whole or in part, the Stipulation shall be void, and without prejudice to any party.

**Upon review of the terms of the parties' stipulation, the court directs the Clerk of the Court to enter judgment in favor of plaintiff in the amount of $3,200,000.00.** No costs.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge