# In the United States Court of Federal Claims

**No. 06-845 C**

**STENA REDERI AB,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES**,
**Defendant,**
**and**

**L-3 COMMUNICATIONS TITAN CORPORATION,**
**Defendant-Intervenor.**

Pursuant to the stipulation for entry of judgment, filed May 2, 2008, and the court's May 7, 2008 Order,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $3,200,000.00. Each party shall bear their own costs and attorney fees.

John S. Buckley
Acting Clerk of Court

**May 8, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.