United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

May 12, 2008

David Rene Yohannan

Kelley, Drye & Warren, LLP

3050 K Street, NW, Suite 400

Washington, DC 20007

In re: Stena Rederi AB v. The United States, No. 06-845 c

Dear Mr. Yohannan:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated May 8, 2008, in favor of plaintiff.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Kirby Wing-Kay Lee, Esq., Dept. Of Justice